# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

CORNELL D. WHEELER
Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:10-at-00882

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

   X  The clerk is directed to file the complaint.

   X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __4th__ day of __November__, __2010__.

/s/ Sheila K. Oberto
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer